WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-09-01381-002-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Ernest Chrzaszcz, | |
| Defendant. | |

Pending before the Court is Defendant's motion to correct clerical error under F.R.C.P. 36. (Doc. 950). The Court has reviewed the motion and it does not actually seek to correct a clerical error. Instead it makes more substantive arguments challenging the judgment.

The Court may not construe this motion as one under 28 U.S.C. § 2255. *Castro v. United States*, 540 U.S. 375 (2003). Accordingly, the Court will treat the motion as it is captioned, and deny relief because the motion does not actually seek to correct a mere clerical error. Therefore,

**IT IS ORDERED** that the Motion to Correct a Clerical Error under F.R.C.P. Rule 36 (Doc. 950) is denied.

Dated this 23rd day of March, 2018.

James A. Teilborg
Senior United States District Judge